# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

MICHAEL TRANTER, AS THE
ADMINISTRATOR OF THE ESTATE OF
J.V., A MINOR, AND ADMINISTRATOR AD
PROSEQUENDUM OF THE ESTATE AND
LUCERO VAZQUEZ, INDIVIDUALLY,
VEYSEL ERDAL GULERTEKIN, AS THE
ADMINISTRATOR OF THE ESTATE OF
EILEEN ZELIS ARIA, HOLLY KEHLER, ON
BEHALF OF THE BENEFICIARIES OF THE
ESTATE OF DENNIS L. KEHLER,
ANTHONY ELLIS, QUWANJAY ELLIS,
CHENG YING LIAN, INDIVIDUALLY, AND
AS PARENT AND NATURAL GUARDIAN
OF I.O., A MINOR, JULIA KHAN, JORGE
MORETA, MELANIE MORETA, EDILMA
DEL ROCIO ESTUPINAN CABRERA,
DENNIS ANANE, HOULEYE CAMARA, AS
PARENT AND NATURAL GUARDIAN OF
M.F., A MINOR, AMINATA FOFANA,
FATOUMATA TRAORE, AS PARENT AND
NATURAL GUARDIAN OF A.D., A MINOR
FATOUMATA TRAORE, AS PARENT AND
NATURAL GUARDIAN OF A.A.D., A
MINOR AND FATOUMATA TRAORE, AS
PARENT AND NATURAL GUARDIAN OF
C.D., A MINOR

:   No. 367 EAL 2023

:   Petition for Allowance of Appeal
:   from the Order of the Superior Court

v.

Z&D TOUR, INC., OHIO COACH, INC.
D/B/A OHIOCOACH.COM, FED EX
GROUND PACKAGE SYSTEM, INC. AND
SIOUX TRUCKING, INC.


PETITION OF:  FEDEX GROUND
PACKAGE SYSTEM, INC., SIOUX
TRUCKING, INC AND BRANDON
STOWERS

TAYLOR TEETS                                    : No. 368 EAL 2023
                                                :
                                                :
                                                :
                          v.                    : Petition for Allowance of Appeal
                                                : from the Order of the Superior Court
                                                :
UNITED PARCEL SERVICE, INC. C/O                 :
CORPORATION SERVICE COMPANY,                    :
UNITED PARCEL SERVICE, INC., PENSKE             :
TRUCK LEASING COMPANY, L.P.,                    :
PENSKE TRUCK LEASING                            :
CORPORATION, PENSKE AUTOMOTIVE                  :
GROUP, PENSKE CORPORATION, Z&D                  :
TOURS, INC., JAGUAR TICKET, INC.                :
D/B/A OHIOCOACH.COM, FEDEX                      :
GROUND PACKAGE SYSTEM, INC.,                    :
FEDEX CORPORATION, RYDER TRUCK                  :
RENTAL, INC., RYDER SYSTEM, INC.,               :
SIOUX TRUCKING, INC., BRANDON                   :
STOWERS                                         :
                                                :
                                                :
                                                :
PETITION OF:  FEDEX GROUND                      :
PACKAGE SYSTEM, INC., SIOUX                     :
TRUCKING, INC. AND BRANDON                      :
STOWERS                                         :

LUCERO VAZQUEZ, AMAD HUSSAIN,                   : No. 369 EAL 2023
JULIA KHAN, AS PARENT AND NATURAL               :
GUARDIAN OF A.A, A MINOR, TAURELL               :
FAVORS, AND ALEXIS HUMBLE                       : Petition for Allowance of Appeal
                                                : from the Order of the Superior Court
                                                :
                          v.                    :
                                                :
                                                :
Z&D TOUR, INC., OHIO COACH, INC.                :
D/B/A OHIOCOACH.COM, FED EX                     :
GROUND PACKAGE SYSTEM, INC., AND                :
SIOUX TRUCKING, INC.                            :
                                                :
                                                :
PETITION OF:  FEDEX GROUND                      :
PACKAGE SYSTEM, INC., SIOUX                     :
TRUCKING, INC. AND BRANDON                      :
STOWERS                                         :

| | | |
|---|---|---|
| XUE-ZHEN CHEN, WEI-HUI HUANG, GUI-YING REN, ZHEN FENG, ZI WEI LI, SUKIE ZHENG AND SHENYUE CAO | : | No. 370 EAL 2023 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| FEDEX GROUND PACKAGE SYSTEM, INC., FEDEX CORPORATION, RYDER TRUCK RENTAL, INC., RYDER SYSTEM, INC., SIOUX TRUCKING, INC., BRANDON STOWERS, UNITED PARCEL SERVICE, INC., UNITED PARCEL SERVICE, INC., PENSKE TRUCK LEASING COMPANY, L.P., PENSKE TRUCK LEASING CORPORATION, PENSKE AUTOMOTIVE GROUP, PENSKE CORPORATION, Z&D TOUR, INC., JAGUAR TICKET, INC. | : | |
| | : | |
| PETITION OF: FEDEX GROUND PACKAGE SYSTEM, INC., SIOUX TRUCKING, INC. AND BRANDON STOWERS | : | |

| | | |
|---|---|---|
| XUE-ZHEN CHEN, WEI-HUI HUANG, GUI-YING REN, ZHEN FENG, ZI WEI LI, SUKIE ZHENG AND SHENYUE CAO | : | No. 371 EAL 2023 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| FEDEX GROUND PACKAGE SYSTEM, INC., FEDEX CORPORATION, RYDER TRUCK RENTAL, INC., RYDER SYSTEM, INC., SIOUX TRUCKING, INC., BRANDON STOWERS, UNITED PARCEL SERVICE, INC., UNITED PARCEL SERVICE, INC., PENSKE TRUCK LEASING COMPANY, L.P., PENSKE TRUCK LEASING CORPORATION, PENSKE AUTOMOTIVE GROUP, PENSKE CORPORATION, Z&D TOUR, INC., JAGUAR TICKET, INC. | : | |

PETITION OF:  FEDEX GROUND
PACKAGE SYSTEM, INC., SIOUX
TRUCKING, INC. AND BRANDON
STOWERS
XUE-ZHEN CHEN, WEI-HUI HUANG, GUI-
YING REN, ZHEN FENG, ZI WEI LI, SUKIE
ZHENG AND SHENYUE CAO

: No. 372 EAL 2023
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court

                    v.

FEDEX GROUND PACKAGE SYSTEM,
INC., FEDEX CORPORATION, RYDER
TRUCK RENTAL, INC., RYDER SYSTEM,
INC., SIOUX TRUCKING, INC., BRANDON
STOWERS, UNITED PARCEL SERVICE,
INC., UNITED PARCEL SERVICE, INC.,
PENSKE TRUCK LEASING COMPANY,
L.P., PENSKE TRUCK LEASING
CORPORATION, PENSKE AUTOMOTIVE
GROUP, PENSKE CORPORATION, Z&D
TOUR, INC., JAGUAR TICKET, INC.

PETITION OF:  PENSKE TRUCK LEASING
COMPANY, L.P., PENSKE TRUCK
LEASING CORPORATION, PENSKE
AUTOMOTIVE GROUP AND PENSKE
CORPORATION

MICHAEL TRANTER, AS THE
ADMINISTRATOR OF THE ESTATE OF
J.V., A MINOR, AND ADMINISTRATOR AD
PROSEQUENDUM OF THE ESTATE AND
LUCERO VAZQUEZ, INDIVIDUALLY,
VEYSEL ERDAL GULERTEKIN, AS THE
ADMINISTRATOR OF THE ESTATE OF
EILEEN ZELIS ARIA, HOLLY KEHLER, ON
BEHALF OF THE BENEFICIARIES OF THE
ESTATE OF DENNIS L. KEHLER,
ANTHONY ELLIS, QUWANJAY ELLIS,
CHENG YING LIAN, INDIVIDUALLY, AND
AS PARENT AND NATURAL GUARDIAN

: No. 373 EAL 2023
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court

OF I.O., A MINOR, JULIA KHAN, JORGE                 :
MORETA, MELANIE MORETA, EDILMA                     :
DEL ROCIO ESTUPINAN CABRERA,                       :
DENNIS ANANE, HOULEYE CAMARA, AS                   :
PARENT AND NATURAL GUARDIAN OF                     :
M.F., A MINOR, AMINATA FOFANA,                      :
FATOUMATA TRAORE, AS PARENT AND                    :
NATURAL GUARDIAN OF A.D., A MINOR                  :
FATOUMATA TRAORE, AS PARENT AND                    :
NATURAL GUARDIAN OF A.A.D., A                       :
MINOR AND FATOUMATA TRAORE, AS                     :
PARENT AND NATURAL GUARDIAN OF                     :
C.D., A MINOR                                       :
                                                    :
                                                    :
                                                    :
              v.                                    :
                                                    :
                                                    :
                                                    :
Z&D TOUR, INC., OHIO COACH, INC.                    :
D/B/A OHIOCOACH.COM, FED EX                         :
GROUND PACKAGE SYSTEM, INC. AND                    :
SIOUX TRUCKING, INC.                                :
                                                    :
                                                    :
                                                    :
PETITION OF:  PENSKE TRUCK LEASING                 :
COMPANY, L.P., PENSKE TRUCK                         :
LEASING CORPORATION, PENSKE                         :
AUTOMOTIVE GROUP AND PENSKE                        :
CORPORATION                                         :

TAYLOR TEETS                                        :   No. 374 EAL 2023
                                                    :
                                                    :
              v.                                    :   Petition for Allowance of Appeal
                                                    :   from the Order of the Superior Court
                                                    :
UNITED PARCEL SERVICE, INC. C/O                    :
CORPORATION SERVICE COMPANY,                       :
UNITED PARCEL SERVICE, INC., PENSKE                :
TRUCK LEASING COMPANY, L.P.,                        :
PENSKE TRUCK LEASING                               :
CORPORATION, PENSKE AUTOMOTIVE                     :
GROUP, PENSKE CORPORATION, Z&D                     :
TOURS, INC., JAGUAR TICKET, INC.                   :
D/B/A OHIOCOACH.COM, FEDEX                         :
GROUND PACKAGE SYSTEM, INC.,                       :

FEDEX CORPORATION, RYDER TRUCK :
RENTAL, INC., RYDER SYSTEM, INC., :
SIOUX TRUCKING, INC., BRANDON :
STOWERS :
 :
 :
 :
PETITION OF:  PENSKE TRUCK LEASING :
COMPANY, L.P., PENSKE TRUCK :
LEASING CORPORATION, PENSKE :
AUTOMOTIVE GROUP AND PENSKE :
CORPORATION :

LUCERO VAZQUEZ, AMAD HUSSAIN, : No. 375 EAL 2023
JULIA KHAN, AS PARENT AND NATURAL :
GUARDIAN OF A.A, A MINOR, TAURELL :
FAVORS, AND ALEXIS HUMBLE : Petition for Allowance of Appeal
 : from the Order of the Superior Court
 :
 :
    v. :
 :
 :
 :
Z&D TOUR, INC., OHIO COACH, INC. :
D/B/A OHIOCOACH.COM, FED EX :
GROUND PACKAGE SYSTEM, INC., AND :
SIOUX TRUCKING, INC. :
 :
 :
PETITION OF:  PENSKE TRUCK LEASING :
COMPANY, L.P., PENSKE TRUCK :
LEASING CORPORATION, PENSKE :
AUTOMOTIVE GROUP AND PENSKE :
CORPORATION :

XUE-ZHEN CHEN, WEI-HUI HUANG, GUI- : No. 376 EAL 2023
YING REN, ZHEN FENG, ZI WEI LI, SUKIE :
ZHENG AND SHENYUE CAO :
 : Petition for Allowance of Appeal
 : from the Order of the Superior Court
    v. :
 :
 :
 :
FEDEX GROUND PACKAGE SYSTEM, :
INC., FEDEX CORPORATION, RYDER :
TRUCK RENTAL, INC., RYDER SYSTEM, :
INC., SIOUX TRUCKING, INC., BRANDON :
STOWERS, UNITED PARCEL SERVICE, :

INC., UNITED PARCEL SERVICE, INC.,     :
PENSKE TRUCK LEASING COMPANY,          :
L.P., PENSKE TRUCK LEASING             :
CORPORATION, PENSKE AUTOMOTIVE         :
GROUP, PENSKE CORPORATION, Z&D         :
TOUR, INC., JAGUAR TICKET, INC.        :
                                       :
                                       :
PETITION OF: PENSKE TRUCK LEASING      :
COMPANY, L.P., PENSKE TRUCK            :
LEASING CORPORATION, PENSKE            :
AUTOMOTIVE GROUP AND PENSKE            :
CORPORATION                            :
MICHAEL TRANTER, AS THE                :     No. 377 EAL 2023
ADMINISTRATOR OF THE ESTATE OF         :
J.V., A MINOR, AND ADMINISTRATOR AD    :
PROSEQUENDUM OF THE ESTATE AND         :     Petition for Allowance of Appeal
LUCERO VAZQUEZ, INDIVIDUALLY,          :     from the Order of the Superior Court
VEYSEL ERDAL GULERTEKIN, AS THE        :
ADMINISTRATOR OF THE ESTATE OF         :
EILEEN ZELIS ARIA, HOLLY KEHLER, ON    :
BEHALF OF THE BENEFICIARIES OF THE     :
ESTATE OF DENNIS L. KEHLER,            :
ANTHONY ELLIS, QUWANJAY ELLIS,         :
CHENG YING LIAN, INDIVIDUALLY, AND     :
AS PARENT AND NATURAL GUARDIAN         :
OF I.O., A MINOR, JULIA KHAN, JORGE    :
MORETA, MELANIE MORETA, EDILMA         :
DEL ROCIO ESTUPINAN CABRERA,           :
DENNIS ANANE, HOULEYE CAMARA, AS       :
PARENT AND NATURAL GUARDIAN OF         :
M.F., A MINOR, AMINATA FOFANA,         :
FATOUMATA TRAORE, AS PARENT AND        :
NATURAL GUARDIAN OF A.D., A MINOR      :
FATOUMATA TRAORE, AS PARENT AND        :
NATURAL GUARDIAN OF A.A.D., A          :
MINOR AND FATOUMATA TRAORE, AS         :
PARENT AND NATURAL GUARDIAN OF         :
C.D., A MINOR                          :
                                       :
                                       :
                                       :
            v.                         :
                                       :
                                       :
                                       :
Z&D TOUR, INC., OHIO COACH, INC.       :
D/B/A OHIOCOACH.COM, FED EX            :

GROUND PACKAGE SYSTEM, INC. AND      :
SIOUX TRUCKING, INC.                 :
                                     :
                                     :
PETITION OF:  UNITED PARCEL          :
SERVICE, INC.                        :
                                     :
TAYLOR TEETS                         :   No. 378 EAL 2023
                                     :
                                     :
           v.                        :   Petition for Allowance of Appeal
                                     :   from the Order of the Superior Court
                                     :
UNITED PARCEL SERVICE, INC. C/O      :
CORPORATION SERVICE COMPANY,         :
UNITED PARCEL SERVICE, INC., PENSKE  :
TRUCK LEASING COMPANY, L.P.,         :
PENSKE TRUCK LEASING                 :
CORPORATION, PENSKE AUTOMOTIVE       :
GROUP, PENSKE CORPORATION, Z&D       :
TOURS, INC., JAGUAR TICKET, INC.     :
D/B/A OHIOCOACH.COM, FEDEX           :
GROUND PACKAGE SYSTEM, INC.,         :
FEDEX CORPORATION, RYDER TRUCK       :
RENTAL, INC., RYDER SYSTEM, INC.,    :
SIOUX TRUCKING, INC., BRANDON        :
STOWERS                              :
                                     :
                                     :
PETITION OF:  UNITED PARCEL          :
SERVICE, INC.                        :
                                     :
LUCERO VAZQUEZ, AMAD HUSSAIN,        :   No. 379 EAL 2023
JULIA KHAN, AS PARENT AND NATURAL    :
GUARDIAN OF A.A, A MINOR, TAURELL    :
FAVORS, AND ALEXIS HUMBLE            :   Petition for Allowance of Appeal
                                     :   from the Order of the Superior Court
                                     :
           v.                        :
                                     :
                                     :
Z&D TOUR, INC., OHIO COACH, INC.     :
D/B/A OHIOCOACH.COM, FED EX          :
GROUND PACKAGE SYSTEM, INC., AND     :
SIOUX TRUCKING, INC.                 :
                                     :

PETITION OF:  UNITED PARCEL
SERVICE, INC.

XUE-ZHEN CHEN, WEI-HUI HUANG, GUI-
YING REN, ZHEN FENG, ZI WEI LI, SUKIE
ZHENG AND SHENYUE CAO

v.

FEDEX GROUND PACKAGE SYSTEM,
INC., FEDEX CORPORATION, RYDER
TRUCK RENTAL, INC., RYDER SYSTEM,
INC., SIOUX TRUCKING, INC., BRANDON
STOWERS, UNITED PARCEL SERVICE,
INC., UNITED PARCEL SERVICE, INC.,
PENSKE TRUCK LEASING COMPANY,
L.P., PENSKE TRUCK LEASING
CORPORATION, PENSKE AUTOMOTIVE
GROUP, PENSKE CORPORATION, Z&D
TOUR, INC., JAGUAR TICKET, INC.

: No. 380 EAL 2023

: Petition for Allowance of Appeal
: from the Order of the Superior Court

PETITION OF:  UNITED PARCEL
SERVICE, INC.

XUE-ZHEN CHEN, WEI-HUI HUANG, GUI-
YING REN, ZHEN FENG, ZI WEI LI, SUKIE
ZHENG AND SHENYUE CAO

v.

FEDEX GROUND PACKAGE SYSTEM,
INC., FEDEX CORPORATION, RYDER
TRUCK RENTAL, INC., RYDER SYSTEM,
INC., SIOUX TRUCKING, INC., BRANDON
STOWERS, UNITED PARCEL SERVICE,
INC., UNITED PARCEL SERVICE, INC.,
PENSKE TRUCK LEASING COMPANY,
L.P., PENSKE TRUCK LEASING
CORPORATION, PENSKE AUTOMOTIVE

: No. 381 EAL 2023

: Petition for Allowance of Appeal
: from the Order of the Superior Court

GROUP, PENSKE CORPORATION, Z&D : 
TOUR, INC., JAGUAR TICKET, INC. :
:
:
PETITION OF: UNITED PARCEL :
SERVICE, INC.

**ORDER**

**PER CURIAM**

**AND NOW**, this 2nd day of April, 2024, the Petitions for Allowance of Appeal are

**GRANTED**. The Prothonotary is directed to consolidate these cases and to schedule

them to be argued together. The issue, rephrased for clarity, is:

> In reversing the trial court's order, which transferred the underlying actions
> to the county in which the incident giving rise to the claims occurred, did the
> Superior Court misapply the doctrine of *forum non conveniens*?

The Applications For Relief To File No Answer Letter *Nunc Pro Tunc* are

**GRANTED**.

The Applications For Leave To File *Amici Curiae* Brief in Support of Petitions For

Allowance of Appeal are **GRANTED**.